ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| OK ETON SQUARE, LP | § | Case No. 10-33583 |
|     DEBTOR | § | |

RESPONSE TO MOTION TO DISMISS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, OK Eton Square, LP ("Debtor"), in the above-styled and numbered cause, and filed this its Response to Motion to Dismiss, and in support thereof would respectfully show unto the Court as follows:

1.  Debtor admits the allegations contained in paragraphs 1 and 2 of the Motion.

2.  Debtor has been operating out of its Debtor in possession account and filing operating reports. The Motion to Dismiss was the first time Debtor became aware that a check had not been provided to the Trustee's office. The failure to provide the check as an oversight.

3.  The debtor has posposed and plan and has been making adequate protection

payments to the secured creditor. The Plan will pay all creditors in full.

WHEREFORE PREMISES CONSIDERED, Ok Eton Square LP debtor in possession herein, requests that the Court deny the relief requested and for such other and further relief in law or in equity to which the Debtor may show itself justly entitled.

    Respectfully submitted,

    ERIC LIEPINS, P.C.
    12770 Coit Road, Suite 1100
    Dallas, Texas 75251
    Telephone:    (972) 991-5591
    Telecopy:    (972) 991-5788

    By:    __/s/ Eric Liepins_____
        Eric Liepins
        Texas State Bar No. 12338110
    PROPOSED COUNSEL FOR DEBTORS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of December 2010, a true and correct copy of the foregoing Response was sent to the United States Trustee.

    _/s/ Eric Liepins_____
    Eric Liepins