ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| OK ETON SQUARE, LP | § | Case No. 10-33583 |
|     DEBTOR | § | |

NOTICE OF CONTINUED HEARING ON CONFIRMATION OF PLAN OF
REORGANIZATION

PLEASE TAKE NOTICE that hearing on the Confirmation of Debtor's Plan of
Reorganization has been rescheduled and will be held on August 16, 2011 beginning at 3:15
p.m. in the Courtroom of the Honorable United States Bankruptcy Judge Barbara J. Houser, 1100
Commerce Street, 14th Floor, Dallas ,Texas.

Respectfully submitted,

ERIC LIEPINS, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas 75251
Telephone:    (972) 991-5591
Telecopy:    (972) 991-5788

By:    __/s/ Eric Liepins_____
    Eric Liepins
    Texas State Bar No. 12338110
PROPOSED COUNSEL FOR DEBTORS

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of July 2011, a true and correct copy of the foregoing Notice was sent to all creditors.

_/s/ Eric Liepins_____
Eric Liepins